## UNITED STATES BANKRUPTCY COURT
### WESTERN **DISTRICT OF** TEXAS
### AUSTIN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHOEMAKER, LLC | § | Case No. 16-11283 TMD |
| DBA KWIK KAR OF BUDA | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John Patrick Lowe, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 28,624.74     Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,370,334.48    Claims Discharged
                 Without Payment: NA

Total Expenses of Administration: 254,726.20

3) Total gross receipts of $ 1,625,060.68  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 1,625,060.68  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,694,795.52 | $ 1,535,248.44 | $ 1,560,839.51 | $ 1,369,501.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 254,726.20 | 254,726.20 | 254,726.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 51,940.33 | 29,817.78 | 29,817.78 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,615,283.29 | 136,156.19 | 136,156.19 | 832.56 |
| **TOTAL DISBURSEMENTS** | $ 4,362,019.14 | $ 1,955,948.61 | $ 1,981,539.68 | $ 1,625,060.68 |

4)  This case was originally filed under chapter 7 on  10/31/2016 .  The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/30/2018                          By:/s/John Patrick Lowe, Trustee
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 1115C MAIN STREET, BUDA, TX | 1110-000 | 1,625,000.00 |
| CASH | 1129-000 | 60.68 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,625,060.68** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Sales Co. 5005 E. 7th Street Austin, TX 78702 | | 36,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Homefront Tax Loans 515 Congress Avenue Suite 1900 Austin, TX 78701 | | 55,000.00 | NA | NA | 0.00 |
| | Kwik Industries, Inc. 4725 Nall Road Dallas, TX 75244 | | 48,000.00 | NA | NA | 0.00 |
| | Kwik Industries, Inc. 4725 Nall Road Dallas, TX 75244 | | 90,000.00 | NA | NA | 0.00 |
| | Snap-On Credit 950 Technology Way Suite 301 Libertyville, IL 60048 | | 8,795.52 | NA | NA | 0.00 |
| 0006 | FIDELITY BANK | 4110-000 | 848,000.00 | 874,174.66 | 899,765.73 | 899,765.73 |
| 0013 | COC/SBA | 4120-000 | 600,000.00 | 600,000.00 | 600,000.00 | 448,476.21 |
| 0011 | CAN CAPITAL MERCHANT SERVICES, INC. | 4210-000 | NA | 39,813.80 | 39,813.80 | 0.00 |
| 0002A | HAYS CISD | 4700-000 | 5,000.00 | 6,980.08 | 6,980.08 | 6,980.08 |
| 0001A | HAYS COUNTY | 4700-000 | 4,000.00 | 4,913.35 | 4,913.35 | 4,913.35 |
| 0002B | HAYS CISD | 4800-000 | NA | 5,585.20 | 5,585.20 | 5,585.20 |
| 0001B | HAYS COUNTY | 4800-000 | NA | 3,781.35 | 3,781.35 | 3,781.35 |
| TOTAL SECURED CLAIMS | | | $ 1,694,795.52 | $ 1,535,248.44 | $ 1,560,839.51 | $ 1,369,501.92 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN PATRICK LOWE | 2100-000 | NA | 72,001.82 | 72,001.82 | 72,001.82 |
| JOHN PATRICK LOWE | 2200-000 | NA | 6,011.73 | 6,011.73 | 6,011.73 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 111.31 | 111.31 | 111.31 |
| DATATRACE | 2500-000 | NA | 41.31 | 41.31 | 41.31 |
| EDWARD G. MARKEY, ATTORNEY | 2500-000 | NA | 225.00 | 225.00 | 225.00 |
| HAYS COUNTY | 2500-000 | NA | 1,694.41 | 1,694.41 | 1,694.41 |
| HUNTERS-KELSEY OF TEXAS. LLC | 2500-000 | NA | 58,615.44 | 58,615.44 | 58,615.44 |
| PROMINENT TITLE, LLC | 2500-000 | NA | 9,095.80 | 9,095.80 | 9,095.80 |
| TEXAS TITLE INSURANCE GUARANTY | 2500-000 | NA | 3.00 | 3.00 | 3.00 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 2,959.01 | 2,959.01 | 2,959.01 |
| GRUENE ENVIRONMENTAL COMPANIES, LP | 2990-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| PACER SERVICE CENTER | 2990-000 | NA | 0.70 | 0.70 | 0.70 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK, U.S. BANKRUPTCY COURT | 2990-001 | NA | 22.00 | 22.00 | 22.00 |
| GROFF & ROTHE, CPA'S | 3410-000 | NA | 4,620.00 | 4,620.00 | 4,620.00 |
| GROFF & ROTHE, CPA'S | 3420-000 | NA | 174.67 | 174.67 | 174.67 |
| MEL T. DAVIS | 3510-000 | NA | 97,500.00 | 97,500.00 | 97,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 254,726.20 | $ 254,726.20 | $ 254,726.20 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bernardo Guzman 408 Denise Ellen Drive Buda, TX 78610 | | 1,551.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brandon Gathings 502 Neches Street Lockhart, TX 78644 | | 781.02 | NA | NA | 0.00 |
| | Daniel Halley 134 Chase Lane Dale, TX 78616 | | 1,351.82 | NA | NA | 0.00 |
| | Internal Revenue Service Austin, TX 73301-0025 | | 38,491.14 | NA | NA | 0.00 |
| | Internal Revenue Service Austin, TX 73301-0025 | | 7,015.21 | NA | NA | 0.00 |
| | Texas State Comptroller P.O. Box 13528 Capitol Station Austin, TX 78711-3528 | | 2,750.00 | NA | NA | 0.00 |
| 0005A | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | NA | 6,479.61 | 6,479.61 | 0.00 |
| 0014A | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 23,229.32 | 23,229.32 | 0.00 |
| 0004A | TEXAS WORKFORCE COMMISSION | 5800-000 | NA | 108.85 | 108.85 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 51,940.33** | **$ 29,817.78** | **$ 29,817.78** | **$ 0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Admiral Linen & Uniform Service 2030 Kipling Street Houston, TX 77098 | | 1,083.00 | NA | NA | 0.00 |
| | AllData P.O. Box 848379 Dallas, TX 75284-8379 | | 184.09 | NA | NA | 0.00 |
| | Autozone P.O. Box 791409 Baltimore, MD 21279 | | 785.00 | NA | NA | 0.00 |
| | BG Products Walton Distributing Company 6000 Tri County Parkway Schertz, TX 78154 | | 974.30 | NA | NA | 0.00 |
| | Bank of America P.O. Box 15284 Wilmington, DE 19850 | | 815.96 | NA | NA | 0.00 |
| | Can Capital Asset Servicing 2015 Vaughn Road NW Bldg. 500 Kennesaw, GA 30144 | | 41,573.00 | NA | NA | 0.00 |
| | Centerpoint Energy P.O. Box 4981 Houston, TX 77210 | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Buda P.O. Box 1380 Buda, TX 78610 | | 9,457.84 | NA | NA | 0.00 |
| | City of Buda P.O. Box 1380 Buda, TX 78610 | | 36.44 | NA | NA | 0.00 |
| | Farmers Insurance P.O. Box 4665 Carol Stream, IL 60197-4666 | | 3,643.66 | NA | NA | 0.00 |
| | Pedernales Electric Cooperative, Inc. P.O. Box 1 Johnson City, TX 78636 | | 900.00 | NA | NA | 0.00 |
| | Safeway Oil Recovery 2917 Mary Avenue Waco, TX 76710 | | 1,030.00 | NA | NA | 0.00 |
| | Stanley Roger Shoemaker 41 Lake Drive Conroe, TX 77384 | | 2,500,000.00 | NA | NA | 0.00 |
| | Time Warner Cable P.O. Box 85100 Austin, TX 78708-5100 | | 1,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travis County Precinct 2 10409 Burnet Road #150 Austin, TX 78758 | | 32,000.00 | NA | NA | 0.00 |
| | Yellowstone / Arch Capital Funding LLC 160 Pearl Street 5th Floor New York, NY | | 21,500.00 | NA | NA | 0.00 |
| 0007 | 134 CHASE LANE | 7100-000 | NA | 1,700.00 | 1,700.00 | 0.00 |
| 0003 | AUTOZONE INC | 7100-000 | NA | 784.95 | 784.95 | 0.00 |
| 0009 | BERNARDO GUZMAN | 7100-000 | NA | 1,751.75 | 1,751.75 | 0.00 |
| 0014B | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 14,288.97 | 14,288.97 | 0.00 |
| 0008 | JARED LAFONT | 7100-000 | NA | 3,701.01 | 3,701.01 | 0.00 |
| 0010 | TEXAS ENTERPRISES, INC. DBA ALLIED | 7100-000 | NA | 83,462.91 | 83,462.91 | 0.00 |
| 0015 | THE MONEY BOX A/K/A SPEEDING CASH | 7100-000 | NA | 29,154.89 | 29,154.89 | 0.00 |
| 0012 | VANESSA RACUEL CANTU | 7200-000 | NA | 1.00 | 1.00 | 0.00 |
| 0005B | COMPTROLLER OF PUBLIC ACCOUNTS | 7300-000 | NA | 187.20 | 187.20 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HAYS COUNTY | 7300-000 | NA | 832.56 | 832.56 | 832.56 |
| 0004B | TEXAS WORKFORCE COMMISSION | 7300-000 | NA | 290.95 | 290.95 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,615,283.29 | $ 136,156.19 | $ 136,156.19 | $ 832.56 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No: 16-11283 TMD Judge: TONY M. DAVIS
Case Name: SHOEMAKER, LLC
DBA KWIK KAR OF BUDA
For Period Ending: 01/30/18

Trustee Name: John Patrick Lowe, Trustee
Date Filed (f) or Converted (c): 10/31/16 (f)
341(a) Meeting Date: 12/01/16
Claims Bar Date: 02/08/17

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. CASH | 61.26 | 0.00 | | 60.68 | FA |
| 2. CHECKING ACCOUNT - WELLS FARGO 4221 | 438.74 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - BANK OF AMERICA 7210<br>ACTUAL BALANCE -$815.96 | 0.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT - BANK OF AMERICA 4328 | 1.00 | 0.00 | | 0.00 | FA |
| 5. INVENTORY<br>LIENHOLDER: ALLIED SALES CO. | 7,500.00 | 0.00 | | 0.00 | FA |
| 6. OFFICE FURNITURE<br>LOBBY: 16 CHAIRS, 2 TABLES, 1 LOBBY TELEVISION, 1 KID'S ROOM TELEVISION, MISCELLANEOUS CHILDREN'S TOYS, MAGAZINE RACK, MOP AND BUCKET, COFFEE MAKER, 2 TRASH CANS $534.00. UPSTAIRS: OAK COMPUTER DESK, 4 FILE CABINETS, 3 CHAIRS, BENCH $185.00. | 719.00 | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT<br>DOWNSTAIRS: COMPUTER, MONITOR, KEYBOARD, PRINTER, POWER STATION, TWO WORK STATION STANDS, DUAL LINE PHONE WITH TWO HEADSETS $625.00. UPSTAIRS: ONE COMPUTER WITH MONITOR, KEYBOARD, FAX MACHINE, KODAK SCANNER/COPIER, MISCELLANEOUS BROKER COMPUTER PARTS $35.00. BAYS: 3 BOXES, VARIOUS MONITORS AND KEYBOARDS $60.00. | 720.00 | 0.00 | | 0.00 | FA |
| 8. OTHER MACHINERY, FIXTURES, AND EQUIPMENT<br>MACHINERY: HUNTER BRAKE LATHE, HUNTER WHEEL BALANCER, HUNTER TIRE MACHINE, RT1 TRANSMISSION FLUSH, RTI RADIATION FLUSH, RTI EVAC MACHINE, RTI AC MACHINE. | 18,746.00 | 0.00 | | 0.00 | FA |
| 9. VARIOUS HAND TOOLS | 500.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.00g

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-11283  TMD  Judge: TONY M. DAVIS | |
| Case Name: | SHOEMAKER, LLC | |
| | DBA KWIK KAR OF BUDA | |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Date Filed (f) or Converted (c): | 10/31/16 (f) |
| 341(a) Meeting Date: | 12/01/16 |
| Claims Bar Date: | 02/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| LIENHOLDER:  SNAP-ON CREDIT | | | | | |
| 10. REAL PROPERTY - 1115C MAIN STREET, BUDA, TX BRADFIELD VILLAGE SEC 4, LOT 2A, ACRES 0.858.<br><br>LIENHOLDERS:  FIDELITY BANK $848,000; COC/SBA $600,000; HAYS COUNTY TAX OFFICE $4,000; HAYS CISD $5,000; HOMEFRON TAX LOANS $55,000.<br><br>MOTION TO SELL CERTAIN ASSETS OF THE ESTATE TO PAGEBYPAGE, LLC FREE AND CLEAR OF LIENS FILED 12/23/16, DOCKET NO. 19.<br><br>ORDER GRANTING TRUSTEE'S MOTION TO SELL CERTAIN ASSETS OF THE ESTATE TO HONEYCOMB BUDA, LLC FREE AND CLEAR OF LIENS FILED 01/17/17, DOCKET NO. 31.<br><br>MOTION TO ALTER OR AMEND ORDER GRANTING MOTION TO SELL ASSETS OF THE ESTATE TO HONEYCOMB BUDA, LLC FREE AND CLEAR OF LIENS [DOCKET NO. 31] FILED 01/20/17, DOCKET NO. 33.<br><br>ORDER GRANTING TRUSTEE'S MOTION TO ALTER OR AMEND ORDER GRANTING MOTION TO SELL CERTAIN ASSETS OF THE ESTATE TO HONEYCOMB BUDA, LLC FREE AND CLEAR OF LIENS FILED 02/06/17, DOCKET NO. 41.<br><br>REPORT OF SALE OF CERTAIN ASSETS OF THE ESTATE FILED 02/22/17, DOCKET NO. 44. | 453,930.00 | 0.00 | | 1,625,000.00 | FA |

Ver: 20.00g

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     3

Exhibit 8

| Case No: | 16-11283 | TMD | Judge: TONY M. DAVIS |
|---|---|---|---|

| Case Name: | SHOEMAKER, LLC |
|---|---|
| | DBA KWIK KAR OF BUDA |

| Trustee Name: | John Patrick Lowe, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 10/31/16 (f) |
| 341(a) Meeting Date: | 12/01/16 |
| Claims Bar Date: | 02/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 11. FRANCHISE - KWIK KAR FRANCHISE<br>    LIENHOLDER:  KWIK INDUSTRIES, INC. | Unknown | 0.00 | | 0.00 | FA |
| 12. CUSTOMER LISTS OR OTHER COMPILATION<br>    CUSTOMER LIST. | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $482,616.00 | $0.00 | | $1,625,060.68 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

AMENDED CASE SUMMARY FILED 10/02/17, DOCKET NO. 76.

NOTICE OF COURT COSTS DUE FILED 09/05/17, DOCKET NO. 73.  AMOUNT DUE:  $0.00.

SECOND REQUEST FOR COURT COSTS FILED 09/01/17, DOCKET NO. 72.

REQUEST FOR COURT COSTS FILED 08/16/17, DOCKET NO. 71.

ORDER ALLOWING AND AUTHORIZING PAYMENT OF INTERIM TRUSTEE'S COMPENSATION DATED 06/19/17, DOCKET NO. 66.

APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM TRUSTEE'S COMPENSATION FILED 05/23/17, DOCKET NO. 65.

ORDER DISMISSING MOTION TO COMPEL THE DEBTOR TO TURN OVER CERTAIN BOOKS AND RECORDS TO THE CHAPTER 7 TRUSTEE [DOCKET NO. 57] AS MOOT FILED 05/16/17, DOCKET NO. 64.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 16-11283      TMD    Judge: TONY M. DAVIS | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | SHOEMAKER, LLC | Date Filed (f) or Converted (c): | 10/31/16 (f) |
| | DBA KWIK KAR OF BUDA | 341(a) Meeting Date: | 12/01/16 |
| | | Claims Bar Date: | 02/08/17 |

ORDER GRANTING MOTION TO APPROVE A FINAL DISTRIBUTION TO THE AD VALOREM TAXING BODIES FILED 04/18/17, DOCKET NO. 58.

MOTION TO COMPEL THE DEBTOR TO TURN OVER CERTAIN BOOKS AND RECORDS TO THE CHAPTER 7 TRUSTEE FILED 04/03/17, DOCKET NO. 57.

ORDER GRANTING MOTION TO RATIFY PAYMENT TO GRUENE ENVIRONMENTAL FILED 03/29/17, DOCKET NO. 55.

MOTION TO APPROVE A FINAL DISTRIBUTION TO THE AD VALOREM TAXING BODIES FILED 03/23/17, DOCKET NO. 54.

MOTION TO RATIFY PAYMENT TO GRUENE ENVIRONMENTAL FILED 03/02/17, DOCKET NO. 52.

ORDER APPROVING EMPLOYMENT OF ACCOUNTANT FILED 02/23/17, DOCKET NO. 48.

REPORT OF SALE OF CERTAIN ASSETS OF THE ESTATE FILED 02/22/17, DOCKET NO. 44.

ORDER GRANTING TRUSTEE'S MOTION TO ALTER OR AMEND ORDER GRANTING MOTION TO SELL CERTAIN ASSETS OF THE ESTATE TO HONEYCOMB BUDA, LLC FREE AND CLEAR OF LIENS FILED 02/06/17, DOCKET NO. 41.

TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT FILED 01/27/17, DOCKET NO. 40.

NOTICE OF SUBMISSION OF REVISED ORDER GRANTING TRUSTEE'S MOTION TO ALTER OR AMEND ORDER GRANTING MOTION TO SELL CERTAIN ASSETS OF THE ESTATE OF HONECOMB BUDA, LLC FREE AND CLEAR OF LIENS [DOCKET NO. 31] FILED 01/20/17, DOCKET NO. 35.

MOTION TO ALTER OR AMEND ORDER GRANTING MOTION TO SELL ASSETS OF THE ESTATE TO HONEYCOMB BUDA, LLC FREE AND CLEAR OF LIENS [DOCKET NO. 31] FILED 01/20/17, DOCKET NO. 33.

ORDER GRANTING TRUSTEE'S MOTION TO SELL CERTAIN ASSETS OF THE ESTATE TO HONEYCOMB BUDA, LLC FREE AND CLEAR OF LIENS FILED 01/17/17, DOCKET NO. 31.

ORDER APPROVING EMPLOYMENT OF REAL ESTATE BROKER FILED 12/27/16, DOCKET NO. 23.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     5

Exhibit 8

| | |
|---|---|
| Case No: | 16-11283    TMD   Judge: TONY M. DAVIS |
| Case Name: | SHOEMAKER, LLC |
| | DBA KWIK KAR OF BUDA |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Date Filed (f) or Converted (c): | 10/31/16 (f) |
| 341(a) Meeting Date: | 12/01/16 |
| Claims Bar Date: | 02/08/17 |

RESPONSE TO FIDELITY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY [DOCKET NO. 14] FILED 12/23/16, DOCKET NO. 21.

MOTION TO SELL CERTAIN ASSETS OF THE ESTATE TO PAGEBYPAGE, LLC FREE AND CLEAR OF LIENS FILED 12/23/16, DOCKET NO. 19.

APPLICATION FOR APPROVAL OF EMPLOYMENT OF REAL ESTATE BROKER FILED 11/28/146, DOCKET NO. 13.

Initial Projected Date of Final Report (TFR): 09/30/17          Current Projected Date of Final Report (TFR): 09/30/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-11283 -TMD | |
| Case Name: | SHOEMAKER, LLC | |
| | DBA KWIK KAR OF BUDA | |
| Taxpayer ID No: | *******2332 | |
| For Period Ending: | 01/30/18 | |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4047 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/16 | 1 | Shoemaker, LLC - Petty Cash | PETTY CASH CONVERTED TO MONEY ORDER | 1129-000 | 60.68 | | 60.68 |
| 02/08/17 | 003001 | CLERK, U.S. BANKRUPTCY COURT | CERTIFIED COPIES | 2990-001 | | 22.00 | 38.68 |
| | | SAN ANTONIO DIVISION | DOCKET ENTRIES 31 AND 41 | | | | |
| | | 615 EAST HOUSTON STREET, ROOM 597 | | | | | |
| | | SAN ANTONIO, TX 78205 | | | | | |
| 02/22/17 | | PROMINENT TITLE, LLC | NET SALES PROCEEDS | | 545,333.32 | | 545,372.00 |
| | | | THESE FUNDS POSTED 02/21/17, SYSTEM DOES NOT ALLOW TO BACKDATE TRANSACTION. VBH | | | | |
| | 10 | PROMINENT TITLE, LLC | Memo Amount: 1,625,000.00 | 1110-000 | | | |
| | | | GROSS SALES PROCEEDS | | | | |
| | | MEL T. DAVIS | Memo Amount: ( 97,500.00 ) | 3510-000 | | | |
| | | | BROKER'S COMMISSION | | | | |
| | | FIDELITY BANK | Memo Amount: ( 899,765.73 ) | 4110-000 | | | |
| | | | PAYOFF OF LIEN ON PROPERTY | | | | |
| | | PROMINENT TITLE, LLC | Memo Amount: ( 9,095.80 ) | 2500-000 | | | |
| | | | Costs Re Sale of Property (excludes BREAKDOWN: $4.80 PER DOC RECORDING FEE; $30.00 RELEASE OF LIEN FEE; $350.00 TITLE FEES; $8,711.00 TITLE INSURANCE. | | | | |
| | | EDWARD G. MARKEY, ATTORNEY | Memo Amount: ( 225.00 ) | 2500-000 | | | |
| | | | Costs Re Sale of Property (excludes DEED PREPARATION | | | | |
| | | HAYS CISD | Memo Amount: ( 6,980.08 ) | 4700-000 | | | |
| | | | Costs Re Sale of Property (excludes | | | | |
| | | DATATRACE | Memo Amount: ( 41.31 ) | 2500-000 | | | |
| | | | Costs Re Sale of Property (excludes TAX CERTIFICATE | | | | |
| | | HUNTERS-KELSEY OF TEXAS, LLC | Memo Amount: ( 58,615.44 ) | 2500-000 | | | |

| | | |
|---|---|---|
| Page Subtotals | 545,394.00 | 22.00 |

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 16-11283 -TMD |
| Case Name: | SHOEMAKER, LLC |
| | DBA KWIK KAR OF BUDA |
| Taxpayer ID No: | *******2332 |
| For Period Ending: | 01/30/18 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4047  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br><br>Paid To / Received From | 4<br><br>Description Of Transaction | Uniform<br>Tran. Code | 5<br><br>Deposits ($) | 6<br><br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | HAYS COUNTY TAXES | Costs Re Sale of Property (excludes<br>PROPERTY TAX LOANS<br>    Memo Amount:     (     1,694.41 ) | 2500-000 | | | |
| | | TEXAS TITLE INSURANCE GUARANTY | Costs Re Sale of Property (excludes<br>TAXES FROM 01/01/2047 THRU 02/21/17<br>    Memo Amount:     (     3.00 ) | 2500-000 | | | |
| | | HAYS COUNTY | Costs Re Sale of Property (excludes<br>STATE OF TEXAS GUARANTY FEE<br>    Memo Amount:     (     4,913.35 ) | 4700-000 | | | |
| | | HAYS COUNTY | Costs Re Sale of Property (excludes<br>BREAKDOWN:  HAYS CO ESD #8 $453.93;<br>SPECIAL RAD DIST $198.82; CITY OF BUDA<br>$1,681.36; AUSTIN COMMUNITY COLLEGE<br>DISTRICT $463.01; HAYS COUNTY $1,889.26;<br>NORTHEAST HAYS CO. ESD #2 $226.97;<br>PENALTY/INTEREST $832.54; OVERPAYMENT<br>$.02.<br>    Memo Amount:     (     832.56 ) | 7300-000 | | | |
| 03/02/17 | 003002 | GRUENE ENVIRONMENTAL COMPANIES, LP<br>11 NAFTA CIRCLE<br>NEW BRAUNFELS, TX 78132 | Costs Re Sale of Property (excludes<br>OVERPAYMENT OF $0.02.<br>INVOICE #15397<br>CHECK MAILED TO:<br><br>TRISH WALLEY<br>ACCOUNTS RECEIVABLE<br>GRUENE ENVIRONMENTAL COMPANIES, LP<br>11 NAFTA CIRCLE<br>NEW BRAUNFELS, TX 78132 | 2990-000 | | 1,650.00 | 543,722.00 |
| 03/03/17 | 003003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM - BOND #016071777 | 2300-000 | | 111.31 | 543,610.69 |
| 03/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 149.45 | 543,461.24 |

Page Subtotals          0.00          1,910.76

Ver: 20.00g

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2                                                           Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 16-11283 -TMD |
| Case Name: | SHOEMAKER, LLC |
| | DBA KWIK KAR OF BUDA |
| Taxpayer ID No: | *******2332 |
| For Period Ending: | 01/30/18 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4047  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 577.47 | 542,883.77 |
| 04/13/17 | 003004 | PACER Service Center | account #2572676 | 2990-000 | | 0.60 | 542,883.17 |
| | | P.O. Box 71364 | INVOICE #2572676-Q12017 | | | | |
| | | Philadelphia, PA 19176-1364 | | | | | |
| 05/05/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 557.88 | 542,325.29 |
| 05/09/17 | 003005 | Hays County | PER ORDER DATED 04/18/17 | 4800-000 | | 3,781.35 | 538,543.94 |
| | | | DOCKET NO. 58 | | | | |
| | | | CHECK MAILED TO: | | | | |
| | | | Lee Gordon | | | | |
| | | | McCreary, Veselka, Bragg & Allen, P.C. | | | | |
| | | | P.O. Box 1269 | | | | |
| | | | Round Rock, Texas 78680-1269 | | | | |
| 05/09/17 | 003006 | Hays CISD | PER ORDER DATED 04/18/17 | 4800-000 | | 5,585.20 | 532,958.74 |
| | | | DOCKET NO. 58 | | | | |
| | | | CHECK MAILED TO: | | | | |
| | | | Diane W. Sanders | | | | |
| | | | Linebarger Goggan Blair & Sampson, LLP | | | | |
| | | | P.O. Box 17428 | | | | |
| | | | Austin, TX 78760 | | | | |
| 06/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 574.69 | 532,384.05 |
| 06/20/17 | 003007 | John Patrick Lowe | INTERIM TRUSTEE'S COMPENSATION | 2100-000 | | 10,000.00 | 522,384.05 |
| | | J. Patrick Lowe, P.C. | PER ORDER DATED 06/19/17, DOCKET NO. 66 | | | | |
| | | 218 North Getty Street | | | | | |
| | | Uvalde, TX 78801 | | | | | |
| 07/10/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 545.35 | 521,838.70 |
| 08/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 554.17 | 521,284.53 |
| 08/09/17 | 003008 | PACER Service Center | ACCOUNT #:  2572676 | 2990-000 | | 0.10 | 521,284.43 |
| | | P.O. Box 71364 | INVOICE #2572676-Q22017 | | | | |

Page Subtotals        0.00        22,176.81

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-11283 -TMD | |
| Case Name: | SHOEMAKER, LLC | |
| | DBA KWIK KAR OF BUDA | |
| Taxpayer ID No: | *******2332 | |
| For Period Ending: | 01/30/18 | |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4047  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 66,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Philadelphia, PA 19176-1364 | | | | | |
| 08/10/17 | 003009 | Groff & Rothe, CPA's<br>P.O. Box 628<br>Hondo, TX 78861 | ACCOUNTANT FOR TRUSTEE FEES<br>PER ORDER DATED 08/08/17, DOCKET NO. 69 | 3410-000 | | 4,620.00 | 516,664.43 |
| 08/10/17 | 003010 | Groff & Rothe, CPA's<br>P.O. Box 628<br>Hondo, TX 78861 | ACCOUNTANT FOR TRUSTEE EXPENSES<br>PER ORDER DATED 08/08/17, DOCKET NO. 69 | 3420-000 | | 174.67 | 516,489.76 |
| 11/20/17 | 003011 | COC/SBA<br>2120 Riverfront Drive, Suite 100<br>Little Rock, AR 72202 | FINAL DISTRIBUTION<br>ACCT NO. 6504 | 4120-000 | | 448,476.21 | 68,013.55 |
| 11/20/17 | 003012 | John Patrick Lowe<br>J. Patrick Lowe, P.C.<br>218 North Getty Street<br>Uvalde, TX 78801 | TRUSTEE'S COMPENSATION<br>PER ORDER DATED 11/07/17, DOCKET NO. 81 | 2100-000 | | 62,001.82 | 6,011.73 |
| 11/20/17 | 003013 | John Patrick Lowe<br>J. Patrick Lowe, P.C.<br>218 North Getty Street<br>Uvalde, TX 78801 | TRUSTEE'S EXPENSES<br>PER ORDER DATED 11/07/17, DOCKET NO. 81 | 2200-000 | | 6,011.73 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 1,625,000.00 | COLUMN TOTALS | 545,394.00 | 545,394.00 | 0.00 |
| Memo Allocation Disbursements: | 1,079,666.68 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 545,394.00 | 545,394.00 | |
| Memo Allocation Net: | 545,333.32 | Less: Payments to Debtors | 0.00 | 0.00 | |
| | | Net | 545,394.00 | 545,394.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 1,625,000.00 | | | NET | ACCOUNT |
| Total Allocation Disbursements: | 1,079,666.68 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Checking Account (Non-Interest Earn - *******4047 | 545,394.00 | 545,394.00 | 0.00 |
| Total Memo Allocation Net: | 545,333.32 | | ------------------- | ------------------- | ------------------- |
| | | | 545,394.00 | 545,394.00 | 0.00 |
| | | | ============= | ============= | ============= |

Page Subtotals          0.00          521,284.43

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 16-11283 -TMD | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | SHOEMAKER, LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | DBA KWIK KAR OF BUDA | Account Number / CD #: | *******4047 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2332 | | |
| For Period Ending: | 01/30/18 | Blanket Bond (per case limit): | $ 66,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 20.00g